**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| Eric I. Acosta | : | JUDGE John E. Hoffman, Jr. |
| | : | CHAPTER 13 |
| Debtor(s) | : | CASE NO: 11-61728 |

**NOTICE OF ADDRESS CHANGE**

Now comes Debtor(s), <u>ERIC I. ACOSTA</u>, by and through counsel and hereby changes his address to be 7412 Murrayfield Drive, Columbus, Ohio 43085.

Respectfully submitted,

/s/ Andrew Yiangou
**Andrew Yiangou (#0056146)**
Attorney for Debtor(s)
3099 Sullivant Avenue
Columbus, OH 43204
Phone: 614-279-8276
Fax: 614-308-0613
bankruptcy@byattorneys.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and exact copy of the foregoing document has been duly served upon the parties listed below electronically through the Court's ECF system at the e-mail address registered with the Court today, November 1, 2016**.**

/s/ Andrew Yiangou
**Andrew Yiangou (#0056146)**
Attorney for Debtor(s)

**Parties Served:**

UNITED STATES TRUSTEE
FAYE D. ENGLISH, CHAPTER 13 TRUSTEE